McCafferty, Appellant, *v.* Philadelphia.

Argued Jan. 9, 1907.   Appeal, No. 211, Jan. T., 1906, by plaintiff, from order of C. P. No. 1, Phila. Co., Dec. T., 1905, No. 4,208, refusing to take off nonsuit in case of Edward J. McCafferty v. City of Philadelphia.   Before MITCHELL, C. J., FELL, BROWN, MESTREZAT, POTTER, ELKIN and STEWART, JJ. Affirmed.

OPINION BY MR. JUSTICE FELL, February 25, 1907:

This case arose from the same accident as that of Smith v. Phila., ante, p. 118, in which the opinion of the court has been filed.   The cases were tried together and the same question is involved in each.

The judgment is affirmed.